IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES E. CRITTENDEN,

      Plaintiff,                           CV F 03 5072 REC WMW   P

   vs.                                   ORDER RE MOTION (DOC 13 )

DR. YIN, et al.,

      Defendants.

       Plaintiff is a former state prisoner proceeding pro se in a civil rights action. On October 7, 2004, plaintiff filed a motion titled as a "motion for decision to be made without further delay." This case is proceeding in the regular course of litigation. Defendants have been served and have answered. Plaintiff's motion is therefore denied.

IT IS SO ORDERED.

**Dated:   August 10, 2005**                         **/s/  William M. Wunderlich**
mmkd34                                            UNITED STATES MAGISTRATE JUDGE