IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES E. CRITTENDEN,

    Plaintiff,

vs.

A. YIN, et al.,

    Defendants.

_____/

CV F 03 5072 AWI WMW P

ORDER RE: FINDINGS & RECOMMENDATIONS (#27)

    Plaintiff is a former state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On June 1, 2006, the Magistrate Judge filed findings and recommendations, recommending dismissal of this action for failure to prosecute. Plaintiff was provided an opportunity to file objections within thirty days. Plaintiff has not filed objections to the findings and recommendations.

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

    Accordingly, THE COURT HEREBY ORDERS that:

    1. The Findings and Recommendations issued by the Magistrate Judge on June 1,

1

2006, are adopted in full; and

    2. This action is dismissed without prejudice for failure to prosecute and for failure to obey a court order. The Clerk is directed to close this case.

IT IS SO ORDERED.

**Dated:**     **July 22, 2006**              /s/ Anthony W. Ishii
0m8i78                                               UNITED STATES DISTRICT JUDGE